■ BENEDICT D'AMICO, Appellant, v 56 LEONARD LLC et al., Respondents. 56 LEONARD LLC et al., Third-Party Plaintiffs-

Respondents, v LIVINGSTON ELECTRICAL ASSOCIATES, INC., Third-Party Defendant-Respondent. [57 NYS3d 396]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Geoffrey D. Wright, J.), entered on December 9, 2016, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated June 1, 2017, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Acosta, P.J., Richter, Feinman, Webber and Kahn, JJ.